NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


NATHANIEL HOLLAND,    )
                      )
        Appellant,    )
                      )
v.                    )          Case No. 2D18-956
                      )
STATE OF FLORIDA,     )
                      )
        Appellee.     )
_____)

Opinion filed September 20, 2019.

Appeal from the Circuit Court for Manatee
County; Brian Iten, Judge.

Nathaniel Holland, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Jeffrey H. Siegal,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


        Affirmed.


CASANUEVA, MORRIS, and ATKINSON, JJ., Concur.